IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KHYBER HOLDINGS LLC, § | |
| § | |
| Plaintiff, § | |
| v. § | |
| § | Civil No. 3:13-CV-714-M-BK |
| U.S. BANK NATIONAL § | |
| ASSOCIATION, § | |
| § | |
| Defendant. § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions and a Recommendation in this case. Plaintiff filed objections on January 22, 2014, and the District Court has made a de novo review of those portions of the proposed Findings and Recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Cross-Defendant U.S. Bank's *Motion for Judgment on the Pleadings* (Doc. 17) is **DENIED** and Cross-Plaintiff Khyber's *Motion for Summary Judgment* (Doc. 25) is **DENIED**.

SO ORDERED this 3rd day of February, 2014.

*[signature]*
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS