IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KHYBER HOLDINGS LLC,<br>Cross-Claimant, | §<br>§<br>§ |
| v. | § Civil Action No. 3:13-CV-0714-M-BK |
| | § |
| U.S. BANK, N.A.,<br>Cross-Defendant. | §<br>§ |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Cross-Claimant filed objections, and sought leave to file its second motion for summary judgment. The District Court has made a de novo review of those portions of the proposed Findings, Conclusions, and Recommendation to which objection was made. The objections are overruled, and the leave to file the second motion for summary judgment is denied. The Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, including the finding that Cross-Claimant's Motion for Summary Judgment, even if properly filed, should be denied on the merits.

SO ORDERED this 26 day of March, 2015.

THE HONORABLE BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE